**Order filed October 30, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00281-CV
_____

**IN THE INTEREST OF M. E. H.**

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-AG-15-002375**

## ORDER

A partial reporter's record has been filed. On August 15, 2018, court reporter Laura Taylor filed a motion for extension of time until September 30, 2018, to file the remainder of the reporter's record. We granted the motion. Because the record had not been filed, on October 11, 2018, we ordered Taylor to file the record by October 26, 2018. The record has not been filed, and we have not received a request for extension of time to file the record. *See* Tex. R. App. P. 35.1.

Accordingly, we order **Laura Taylor** to file the remainder of the reporter's record by **November 14, 2018**. **No further extensions will be granted absent extraordinary circumstances.** The trial and appellate courts are jointly responsible

for ensuring the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Taylor does not timely file the record, we will order the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM